| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | MICHELLE RODRIGUEZ<br>Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | (916) 554-2700 |

FILED

APR 0 8 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In re: Sealed Search Warrants )
) SW NO. 13-209-dad
) SW NO. 12-464-ggh
)
) DaD
) (~~proposed~~) ORDER UNSEAL WARRANTS
)

HEREBY, the United States motion to unseal the application, affidavit, and attachments in the above captioned matters is GRANTED.

DATED: April 5, 2013

_Dale A. Drozd_
DALE A DROZD
US MAGISTRATE JUDGE

MOTION TO UNSEAL AND ORDER 2